MICHELE BECKWITH
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00265-KES-BAM |
| Plaintiff, | STIPULATION REGARDING TRUE NAME OF DEFENDANT FNU LNU; ORDER THEREOF |
| v. | |
| FNU LNU (SERGIO ARAVENA), | |
| Defendant. | |

The parties agree that defendant FNU LNU's true name is Sergio Eduardo ARAVENA Maurida, with a date of birth of April 15, 1981. His last name should be listed as Aravena Maurida.

In light of this stipulation, the true name hearing set for January 27, 2025 can be vacated.

Dated: January 22, 2025                    Respectfully submitted,

                                                  MICHELE BECKWITH
                                                  Acting United States Attorney

                                        By      /s/ Robert L. Veneman-Hughes
                                                  ROBERT L. VENEMAN-HUGHES
                                                  Assistant United States Attorney

Dated: January 22, 2025                    /s/ David Torres
                                                  DAVID TORRES
                                                  Attorney for Sergio ARAVENA

**ORDER**

In light of the parties' stipulation, the Court finds the true name of defendant FNU LNU to be Sergio Eduardo Aravena Maurida, with the last name of Aravena Maurida.

The true name hearing set for January 27, 2025 at 2:00 pm is vacated in light of this finding.

The clerk shall update the docket to reflect the defendant's true name.

IT IS SO ORDERED.

Dated: __**January 24, 2025**__          _____/s/ *Barbara A. McAuliffe*_____
                                                                     UNITED STATES MAGISTRATE JUDGE