ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00265-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING TRUE NAME OF DEFENDANT SERGIO ARAVENA; AND ORDER THEREOF |
| v. | |
| SERGIO EDUARDO ARAVENA MAUREIRA, | |
| Defendant. | |

The parties agree that defendant ARAVENA's true name is Sergio Eduardo ARAVENA Maureira. His last name should be listed as Aravena Maureira.

In light of this stipulation, the true name hearing set for September 10, 2025 can be vacated.

Dated: September 8, 2025                    Respectfully submitted,

                                            ERIC GRANT
                                            United States Attorney

                                     By     /s/ Robert L. Veneman-Hughes
                                            ROBERT L. VENEMAN-HUGHES
                                            Assistant United States Attorney

Dated: September 8, 2025                    /s/ David Torres
                                            DAVID TORRES
                                            Attorney for Sergio ARAVENA

STIPULATION AND ORDER REGARDING TRUE NAME FINDING                     1

**ORDER**

In light of the parties' stipulation, the court finds the true name of defendant FNU LNU to be Sergio Eduardo ARAVENA Maureira, with a first name of Sergio, middle name of Eduardo, and last name of Aravena Maureira.

The true name hearing set for September 10, 2025 as to defendant ARAVENA only is vacated in light of this finding.

IT IS SO ORDERED.

Dated:   **September 8, 2025**                    /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE