**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN 135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
SERGIO EDUARDO ARAVENA MAUREIRA

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  vs.<br><br>SERGIO EDUARDO ARAVENA MAUREIRA,<br><br>   Defendant | Case No.: 1:24-CR-00265 KES-EPG<br><br>**STIPULATION AND ORDER TO SET CHANGE OF PLEA HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE KIRK E. SHERRIFF:

  **COMES NOW** Defendant, SERGIO EDUARDO ARAVENA MAUREIRA, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the status conference hearing currently set for August 26, 2026, at 1:00 p.m. (See ECF Doc. 255) be vacated and set a change of plea hearing for Monday, August 10, 2026, at 9:30 a.m.

  The parties have reached a resolution in this case, and the defendant has signed a plea agreement. All parties have conferred and agreed to advance the matter for a Change of Plea hearing on Monday, August 10, 2026, at 9:30 a.m.

  The parties therefore stipulate that the period of time from June 12, 2026, through August 10, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of

the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: June 11, 2026

*/s/ David A. Torres*
DAVID A. TORRES
Attorney for Defendant
SERGIO EDUARDO ARAVENA
MAUREIRA

DATED: June 11, 2026

*/s/Robert Veneman-Hughes*
ROBERT VENEMAN-HUGHES
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the status conference hearing currently set for August 26, 2026 is vacated, and that a Change of Plea hearing is set for Monday August 10, 2026, at 9:30 a.m. before the Honorable Kirk E. Sherriff and that the period from June 20, 2026, through August 10, 2026, is hereby EXCLUDED from the computation of time within which trial must commence pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:    June 15, 2026

_____
UNITED STATES DISTRICT JUDGE