**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN 135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: dtorres@lawtorres.com

Attorney for:
Sergio Eduardo Aravena Maureira

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>SERGIO EDUARDO ARAVENA MAUREIRA,<br>Defendant. | Case No. 1:24-CR-00265 KES-EPG<br><br>SEALING ORDER |

Pursuant to Local Rule 141(b), and based upon the representation contained in defendant Sergio Eduardo Aravena Maureira's Notice of Request to Seal Document (Doc. 303) and Ex Parte Application to Seal,

IT IS HEREBY ORDERED that Exhibit 2 (family photographs) to the defendant's sentencing memorandum may be filed under seal and shall remain under seal until further notice of this Court. It is further ordered that access to the sealed exhibit shall be limited to the defense and the government.

Defendant's motion to seal his entire sentencing memorandum is denied.

IT IS SO ORDERED.

Dated: October 22, 2026

UNITED STATES DISTRICT JUDGE