**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
SERGIO EDUARDO ARAVENA MAUREIRA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SERGIO EDUARDO ARAVENA MAUREIRA,<br>Defendants. | Case No. 1:24-CR-00265 KES-EPG<br>**MOTION TO TERMINAT CJA APPOINTMENT OF SERGIO EDUARDO ARAVENA MAUREIRA AS ATTONEY OF RECORD AND ORDER** |

On December 23, 2024, Defendant Sergio Eduardo Aravena Maureira was indicted on federal charges. CJA Pannel Attorney David A. Torres was appointed as trial counsel to represent Mr. Aravena Muareira on January 6, 2025, in his criminal case. Mr. Aravena Maureira was sentenced pursuant to a plea agreement on October 26, 2026. Mr. Aravena Maureira was in custody at sentencing. The phase of Mr. Aravena Maureira's criminal case, therefore, come to an end. Having completed his representation of Mr. Aravena Maureira, CJA attorney David A. Torres now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Aravena Maureira require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721 or by phone at (559) 487-5561 (collect) (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist

him.

Dated: November 2, 2026

Respectfully Submitted,

*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
Sergio Eduardo Aravena Maureira

## ORDER

Having reviewed the notice and found that attorney David A. Torres has completed the services for which he was appointed, the Court hereby grants attorney David A. Torres's request for leave to withdraw as defense counsel in this matter. Should defendant seek further legal assistance, defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange reappointment of counsel to assist defendant.

The Clerk of Court is directed to serve a copy of this order on defendant Sergio Eduardo Aravena Maureira at the following address and to update the docket to reflect defendant's pro se status and contact information.

Inmate's Address

Sergio Eduardo Aravena Maureira
USM# 42395-511
Taft CCF
P.O. Box 925
Taft, CA 93268

IT IS SO ORDERED.

Dated: November 19, 2026

UNITED STATES DISTRICT JUDGE